| | |
|---|---|
| DONOVAN MOENELL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:20-CV-27-D** |
| ) | |
| ) | |
| CITY OF RALEIGH, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff Donovan Moenell Williams' motions [D.E. 4, 11, 12], and DISMISSES the action without prejudice.

This case is closed.

**This Judgment Entered on August 3, 2020 and Copies To:**

Donovan Moenell Williams          (via U.S. Mail to P.O. Box 2479, Raleigh NC 27602)

DATE:                              PETER A. MOORE, JR., CLERK

August 3, 2020                     (By) /s/ Lindsay Stouch
                                         Deputy Clerk